# Tasks Required to Prepare Case for Confirmation
## (Identified at the §341 Meeting closed August 24, 2020)

**Michael A. Denard,**                         Case No.: 19-21139-PRW
**Mike Krueger, Esq.**

**The Debtor(s) must provide the following to the Trustee:**

    **Appraisal:**
        Real Estate
             Address:_____
        Other _____

    **Bank Statements as of the date of filing:**_____

    **Business Valuation:**
        Appraisal _____
        Cashflow Statements _____

    **Cause of Action Attorney Information:**

    **Certificate of Titles**:
        Title(s)

        _____
        _____
        _____
        Purchase Contract
        Loan Completion Date

    **Domestic Support Obligation Form:**

    **File and/or Amend:**
        Schedule A _____
        Schedule B _____
        Schedule C _____
        Schedule D _____
        Schedule E _____
        Schedule F _____
        Schedule G _____
        Schedule H _____
        Schedule I _____
        Schedule J _____
        B22C Statement
        **Amend Plan**                                  **X**
        Serve Plan
        Adequate Protection Statement
        SOFA _____

| | |
|---|---|
| **Michael A. Denard** | **Case No.: 19-21139-PRW** |

**File Motion:**
  §506                      _____
  §522 (f)                     _____
  Other                       _____

**Mortgage:**
  Recorded Deed                _____
  Mortgage                     _____

**Proof of Claim(s):** *Attorney Review*         _____
  _____

**Review Attorney Fees:**
  File 2016 B Statement              _____
  Provide Time Records              _____
  Compare fees to the suggested No-Look Fee   _____

**§546 Stipulation Information:**             _____

**Other:**
  Set up TFS                   _____
  An accounting of how proceeds were used    _____
  _____
  Notification of surrender efforts          _____
  Provide original proof of social security number  _____
  Re-Notice Confirmation             _____
  _____ Tax Returns        _____
  Attorney I.D. Declaration             _____
  Oather's Affidavit                _____
  _____       _____

This is not an exclusive task list and should be used only as an informational tool for both the debtor(s) and their counsel in preparation for the confirmation hearing.

The Trustee may request that the Court order a reduction in attorneys fees at the confirmation hearing, if the tasks identified above are not timely completed.

                               George M. Reiber
                               Chapter 13 Trustee

GMR/kbf